IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NATALIE THARP,** | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:19-CV-02517-E-BN |
| **MIDLAND MORTGAGE, A DIVISION OF MIDFIRST BANK, its successors and/or assigns.** | § § § § § | |
| Defendant. | § | |

---

## JOINT NOTICE OF SETTLEMENT
---

COME NOW Natalie Tharp ("Plaintiff") and Midland Mortgage, A division of Midfirst Bank, its successors and/or assigns ("Defendant") (together with Plaintiff, the "Parties") and hereby file this Joint Notice of Settlement, and in support thereof respectfully show the Court as follows:

1. The Parties hereby advise the Court that they have fully compromised and settled all claims and matters in controversy between them. The Parties hereby request that all procedural matters and deadlines in this civil action be stayed for a period of thirty (30) days, including cancellation and/or postponement of the mediation/settlement conference currently scheduled on January 29, 2020, so that the Parties are afforded adequate time to complete execution of settlement documents and file a Stipulation of Dismissal with the Court.

2. This Notice is not provided for purposes of delay or harassment, but rather so that justice may be served.

---

Respectfully submitted,

/s/ *John G. Helstowski*

**John G. Helstowski**
State Bar No. 24078653; S.D. Bar No. 2799780
jgh@jghfirm.com
**J. GANNON HELSTOWSKI LAW FIRM**
13601 Preston Road, Suite E920
Dalals, Texas 75240
(817) 382-3125 - Telephone
(817) 382-1799 - Facsimile

**LEAD COUNSEL FOR PLAINTIFF**

**AND**

/s/ *Crystal G. Gibson (with permission)*

**Crystal G. Gibson**
State Bar No. 24027322
CrystalR@bdfgroup.com
**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Road, Suite 100
Addision, Texas 75001
(972) 340-7901 - Telephone
(972) 341-0783 – Facsimile

**LEAD COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Joint Notice of Settlement* was served on all parties and counsel of record through the Court's ECF filing system and pursuant to the Federal Rules of Civil Procedure on January 29, 2020.

/s/ *John G. Helstowski*
Lead Counsel for Plaintiff